PEOPLE, Respondent, v. NEW YORK CARBONIC ACID GAS CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Proceeding by the People of the State of New York against the New York Carbonic Acid Gas Company. With this case have been consolidated in this court cases bearing titles as follows: People v. Geysers Natural Gas Company; Same v. Lincoln Spring Company; Same v. Natural Carbonic Gas Company.
PER CURIAM. If plaintiffs were using all due diligence to obtain a trial at the Albany May term, and failed through no fault or theirs, Mr. Justice Fitts, under our order, had power, in his discretion, to grant or refuse an injunction. He still has such power, and there-

fore this motion is denied. See, also, 128 App. Div. 42, 112 N. Y. Supp. 381.